1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ALBERT HERNANDEZ,                    1:16-cv-00413-EPG (PC)

12              Plaintiff,

13       v.                               ORDER DENYING MOTION TO PROCEED
                                          IN FORMA PAUPERIS
14   TULARE COUNTY CORRECTION             AS MOOT
     CENTER, et al.,
15                                        (Document# 13)
              Defendants.
16

17

18       Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

19   Section 1983.

20       On June 6, 2016, plaintiff filed an application to proceed *in forma pauperis*.  Due to the

21   fact that the filing fee was paid by defendants on March 25, 2016, IT IS HEREBY ORDERED

22   that plaintiff's application of June 6, 2016, is DENIED AS MOOT.

23
     IT IS SO ORDERED.
24

25   Dated:   **August 17, 2016**              /s/ Errin P. Grosj

26                                          UNITED STATES MAGISTRATE JUDGE

27

28