UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY CORRECTION CENTER, et al.,<br><br>　　　　Defendants. | 1:16-cv-00413-EPG (PC)<br><br>ORDER REQUIRING REPLY TO COMPLAINT<br><br>(ECF No. 9) |

　　This is a civil action filed by plaintiff Albert Hernandez ("Plaintiff"), a state prisoner proceeding *pro se*. This action was initiated by civil Complaint filed by Plaintiff in the Tulare County Superior Court on January 11, 2016 (case #264158). On March 25, 2016, defendant Corizon Health Services removed the case to federal court by filing a Notice of Removal of Action under 28 U.S.C. § 1441. Doc. No. 1. On March 23, 2016, defendants Tulare County Correction Center and Sheriff Mike Boudreaux consented to the removal of the case. (ECF Nos. 1, 2, 3.)

　　On April 4, 2016, Defendants filed a notice informing the Court and the parties that they were electing not to file answer in this case and instead filing a waiver, which, pursuant to 42 U.S.C. § 1997e (g)(1). (ECF No. 9.) The Prison Litigation Reform Act provides as follows with respect to waiver of reply:

\\\

\\\

**(g) Waiver of reply**

> (1) Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law. Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed.
>
> (2) The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits.

42 U.S.C. § 1997e(g).

The Court has reviewed the complaint and finds that the plaintiff has a reasonable opportunity to prevail on the merits. Accordingly, pursuant to 42 U.S.C. § 1997e(g)(2), the Court hereby directs the Defendants to file a reply to the complaint (ECF No. 1-1) within 30 days of this order.

IT IS SO ORDERED.

Dated: **December 6, 2016**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE