||||
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HERNANDEZ, | 1:16-cv-00413-AWI-EPG (PC) |
| Plaintiff, | ORDER ASSIGNING CASE TO MAGISTRATE JUDGE ERICA P. GROSJEAN |
| v. | |
| TULARE COUNTY CORRECTION CENTER, *et al.*, | New Case Number: 1:16-cv-00413-EPG (PC) |
| Defendants. | |

  Albert Hernandez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff and all three Defendants have consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c) (ECF Nos. 7, 27, 38).

  Accordingly, IT IS HEREBY ORDERED THAT:

  1. This action is assigned to United States Magistrate Judge Erica P. Grosjean for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, until such time as reassignment to a District Judge is required;

  2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Erica P. Grosjean; and

3. The new case number shall be **1:16-cv-00413-EPG,** and all future pleadings and/or correspondence must be so numbered. Plaintiff is advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:  May 9, 2017

                                      SENIOR DISTRICT JUDGE