UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY CORRECTION CENTER, *et al*.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00413-EPG (PC)<br><br>ORDER FOLLOWING MOTION HEARING<br><br>ORDER RESERVING RULING ON PLAINTIFF'S MOTION FOR SANCTIONS<br><br>(ECF No. 55)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR HEARING TRANSCRIPT<br><br>(ECF No. 58)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 60)<br><br>ORDER EXTENDING DEADLINE FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

\\\

\\\

\\\

1

Albert Hernandez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2018, the Court held a hearing on several pending motions. The Court issued specific rulings on the record, which are summarized as follows:

1. Plaintiff's motion for sanctions (ECF No. 55) is taken under advisement;
2. Plaintiff's motion for transcript of September 13, 2017 hearing (ECF No. 58) is denied as moot;
3. Plaintiff's motion to compel (ECF No. 60) is granted, in part, and denied, in part as follows:
   a. All Defendants shall conduct a reasonable search for and produce any document concerning Plaintiff's disability (as alleged) while Plaintiff was in the custody of Tulare County and any request from Plaintiff for any accommodation as a result of a disability on or prior to April 21, 2015;
   b. Defendants Sheriff Mike Boudreaux and Tulare County Correction Center shall conduct a reasonable search for and produce any document or information concerning the current contact information to locate the three witnesses discussed in the hearing (Kelly, Delgado and Moore);
   c. Defendant Corizon Health Services shall conduct a reasonable search for and produce any document concerning medical care provided to Plaintiff from April 21, 2015 to July 28, 2015;
   d. Defendant Corizon Health Services shall conduct a reasonable search for and produce any document or information concerning the identity of the employee(s) assigned to "pill call" on April 21-24, 2015 at Tulare County Correction Center;
   e. All information compelled by this Order shall be provided within 30 days; and

  f. Defendants shall file a status report on the docket describing their efforts to comply with this Order by March 2, 2018 including any objections to production of documents or information found as a result of these searches.
4. Plaintiff's response to Defendants Sheriff Mike Boudreaux and Tulare County Correction Center's motion for summary judgment (ECF No. 68) shall be due by March 21, 2018.

IT IS SO ORDERED.

Dated: **January 30, 2018**      /s/ Erica P. Grosjean
                 UNITED STATES MAGISTRATE JUDGE